ACCEPTED
02-15-00338-cv
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
11/3/2015 11:34:07 AM
DEBRA SPISAK
CLERK

FILED: 10/27/2015 1:59:27 PM
SHERRI ADELSTEIN
Denton County District Clerk
By: Kelly Smith, Deputy

## Cause No. 14-02914-158

| | | |
|---|---|---|
| **SARAH SWANSON,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | FILED IN |
| **v.** | § | **DENTON COUNTY, TEXAS** |
| | § | |
| **TOWN OF SHADY SHORES** | § | 11/3/2015 11:34:07 AM |
| | § | DEBRA SPISAK |
| | § | Clerk |
| **Defendant.** | § | **442nd JUDICIAL DISTRICT** |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
11/3/2015 11:34:07 AM
DEBRA SPISAK
Clerk

### DEFENDANT TOWN OF SHADY SHORES' NOTICE OF ACCELERATED APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Town of Shady Shores, and gives notice of its desire to take an accelerated appeal of the 442nd Judicial District Court, Denton County, Texas', orders denying Defendant's No-Evidence and Traditional Motions for Summary Judgment, which sought dismissal of Plaintiff's claims based on the Court's lack of subject matter jurisdiction due to Defendant's entitlement to governmental immunity. The orders denying Defendant's No-Evidence and Traditional Motions for Summary Judgment were signed on October 21, 2015. The District Court cause number is 14-02914-158 and the style of the case is *Sarah Swanson v. Town of Shady Shores*.

This Accelerated Appeal is taken pursuant to Texas Civil Practice & Remedies Code §51.014(a)(8) and Rule 28.1 of the Texas Rules of Appellate Procedure. See *Austin State Hosp. v. Graham*, 347 S.W.3d 298, 300 (Tex. 2011), citing *Tex. Dep't of Criminal Justice v. Simons*, 140 S.W.3d 338, 349 (Tex. 2004) and *Harris County v. Sykes,* 136 S.W.3d 635, 638 (Tex. 2004). Defendant hereby invokes the automatic stay of all other proceedings in the trial court pending resolution of this appeal. TEX. CIV. PRAC. & REM. CODE §51.014(b).

This Accelerated Appeal is taken to the Second Court of Appeals at Fort Worth, Texas. This notice of appeal is filed by the Town of Shady Shores.

27623/494909

001

Respectfully submitted,

**FANNING HARPER MARTINSON BRANDT & KUTCHIN, P.C.**

  /s/ Thomas P. Brandt
**THOMAS P. BRANDT**
  State Bar No. 02883500
  tbrandt@fhmbk.com
**JOSHUA A. SKINNER**
  State Bar No. 24041927
  jskinner@fhmbk.com
**LAURA O'LEARY**
  State Bar No. 24072262
  loleary@fhmbk.com

Two Energy Square
4849 Greenville Ave. Suite 1300
Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**ATTORNEYS FOR DEFENDANT
TOWN OF SHADY SHORES**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically through the Court's electronic filing manager, mailed, by commercial delivery service, faxed, emailed or hand delivered to all attorneys of record, in compliance with Rule 21a of the Texas Rules of Civil Procedure, on the 27th day of October, 2015.

  /s/ Thomas P. Brandt
**THOMAS P. BRANDT**

**27623/494909**